THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* CLARENCE HARRIS, Defendant-Appellant.

(No. 56812; ▆▆▆▆▆▆▆▆

First District (1st Division)—May 29, 1973.

PER CURIAM.
HALLETT, J., took no part.

James J. Doherty, Public Defender, of Chicago, (Stanley Sacks, Assistant Public Defender, and Charles Linn, of Lawndale Neighborhood Legal Services, of counsel,) for appellant.

Bernard Carey, State's Attorney, of Chicago, (Kenneth L. Gillis, Sharon Grossman, and Barry Rand Elden, Assistant State's Attorneys, of counsel,) for the People.